05-19-00730-CV

FILED
DALLAS COUNTY
6/19/2019 8:49 AM
FELICIA PITRE
DISTRICT CLERK

Shelia Bradley

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/20/2019 5:36:24 PM
LISA MATZ
Clerk

**Cause No. DC-17-09200**

| | | |
|---|---|---|
| ZALE CORPORATION, | ) | IN THE DISTRICT COURT OF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | DALLAS COUNTY, TEXAS |
| LIBERTY INSURANCE | ) | |
| UNDERWRITERS INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | 14th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Zale Corporation ("Zale"), files this Notice stating its intention to appeal (1) the trial court's Order Granting Excess Insurers Berkley Insurance Company and Starr Indemnity & Liability Company's Traditional Motion for Summary Judgment, signed May 20, 2019, and (2) the trial court's Order Granting Defendants Berkley Insurance Company and Starr Indemnity & Liability Company's No-Evidence Motion for Summary Judgment, also signed May 20, 2019. This appeal will be filed in and sought from the Fifth Court of Appeals in Dallas, Texas.

Respectfully submitted,

By: /s/ Travis M. Brown
    Patrick J. Wielinski
    pwielinski@cokinoslaw.com
    State Bar No. 21432450
    Travis M. Brown
    tbrown@cokinoslaw.com
    State Bar No. 24061890
    COKINOS | YOUNG
    800 Crestview Tower
    105 Decker Court
    Irving, TX   75062
    Telephone:   817-635-3620
    Facsimile:   817-635-3633

Michael E. Farnell
mfarnell@pfglaw.com
    Admitted pro hac vice
Gabriel J. Le Chevallier
glechevallier@pfglaw.com
    Admitted pro hac vice
PARSONS, FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone:  503-222-1812
Facsimile:  503-274-7979

**COUNSEL FOR PLAINTIFF
ZALE CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all parties of record, in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on June 19, 2019.

*/s/ Travis M. Brown*
Travis M. Brown